No. 566. ROGERS, ATTORNEY GENERAL, *v.* MENDOZA-MARTINEZ. Appeal from the United States District Court for the Southern District of California. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for appellant.

No. 681. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Eastern District of Michigan. Probable jurisdiction noted and motions to advance granted. The application for a stay of the decree of the three-judge district court insofar as it terminated a temporary restraining order previously granted presented to MR. JUSTICE STEWART, and by him referred to the Court, is granted. *Clarence M. Mulholland, Edward J. Hickey, Jr., James L. Highsaw, Jr., William G. Mahoney, George E. Brand* and *George E. Brand, Jr.* for appellants. *Solicitor General Rankin, Solicitor General Cox* and *Robert W. Ginnane* for the United States et al. *Ralph L. McAfee, John H. Pickering* and *Richard D. Rohr* for the Erie-Lackawanna Railroad Co., appellee.

No. 574. DIBELLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Jerome Lewis* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 641. CHARLES DOWD BOX CO., INC., *v.* COURTNEY ET AL. Superior Court of Massachusetts, Worcester County. Certiorari granted. *George H. Mason* for petitioner. *David E. Feller* for respondents.